

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Devon Leemain Taylor<br>DEFENDANT(S). | CASE NUMBER<br>CR 09-964<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant's Counsel William Harris__, IT IS ORDERED that a detention hearing is set for __Friday, October 23__, __2009__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Ralph Zarefsky__, in Courtroom __540__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __10/22/09__          _____
                             U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                    Page 1 of 1